ANDRE BIROTTE, JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
VICKI CHOU (Cal. State Bar No. 248598)
Assistant United States Attorney
General Crimes Section
      1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-8692
      Facsimile: (213) 894-0141
      E-mail: vicki.chou@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ROBERT KOVARIK,<br><br>A fugitive from the Government of the Czech Republic | No. 12-1742M<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

    Upon consideration of the request of the United States for the detention of fugitive ROBERT KOVARIK ("KOVARIK") pending extradition proceedings, and good cause therefor appearing,

    IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.    In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special

circumstances rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that KOVARIK presents an unacceptable risk of (a) flight; and (b) danger to the community, even if such special circumstances were present. In support of its request, the government proffers the sworn extradition complaint, the provisional arrest warrant, and the confidential Pretrial Services report. Based on the allegations in the extradition complaint concerning KOVARIK's offense in the Czech Republic, the Court finds that KOVARIK poses a potential risk to the safety of the community. Based on the allegations in the extradition complaint concerning KOVARIK's international ties and previous flight, the Court also finds that KOVARIK is a risk of flight.

IT IS SO ORDERED.

DATED: 8/21/12

HONORABLE PATRICK J. WALSH
United States Magistrate Judge