ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DONNA FORD (Cal. Bar No. 131924)
Assistant United States Attorney
General Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone:  (213) 894-2875
    Facsimile:  (213) 894-0141
    donna.ford@usdoj.gov

Attorneys for Complainant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ROBERT KOVARIK,<br><br><br>A Fugitive from Government of the Czech Republic. | No. 12-1742-M<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

Upon consideration of the request of the United States for the detention of fugitive ROBERT KOVARIK pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1. In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special

circumstances rests upon the fugitive. <u>See, e.g.</u>, <u>Salerno</u>, 878 F.2d at 317-18. Here, ROBERT KOVARIK does not argue that "special circumstances" exist, and the Court finds that no such "special circumstances" exist.

    2. The government alternatively requests detention on the grounds that ROBERT KOVARIK presents an unacceptable risk of (a) flight; and (b) danger to the community, even if such special circumstances were present. In support of its request, the government proffers the sworn extradition complaint, the provisional arrest warrant, and the confidential Pretrial Services report. Based on the allegations in the extradition complaint concerning ROBERT KOVARIK'S offenses in the Czech Republic, the Court finds that ROBERT KOVARIK poses a potential risk to the safety of the community.

    IT IS SO ORDERED.

DATED: This 2ND day of October, 2012.

_____
HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
DONNA FORD
Assistant United States Attorney

2